IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PODIATRY IN MOTION, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 16 CV 2653<br>Judge Lee |
| COVERMYMEDS, LLC | ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S STATEMENT OF COMPLIANCE
## WITH CAFA NOTICE REQUIREMENTS

NOW COMES the Defendant, COVERMYMEDS, LLC, by its attorneys, Ice Miller LLP, and hereby states that it has complied with the notice requirements of the Class Action Fairness Act as set forth in 28 U.S.C. §1715(b). Specifically, on May 31, 2016, Defendant served the notice required under 28 U.S.C. §1715(b) along with the documents required to be produced under 28 U.S.C. §1715(b), on the United States Attorney General and the Attorney Generals of each of the 50 states, the District of Columbia and the Territories of the United States.

Respectfully submitted,

COVERMYMEDS, LLC

By: /s/ Bart T. Murphy
By One of its Attorneys

Bart T. Murphy (6181178)
Martha O'Connor
Ice Miller LLP
2300 Cabot Dr., Suite 455
Lisle, Illinois 60532
630-955-6392

1

C\828075.1

Isaac J. Colunga
Heather Maly
Ice Miller LLP
200 W. Madison St., Ste. 3500
Chicago, IL 60606
312-726-1567

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, states that on June 6, 2016, he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois and a copy of which will be served on the following counsel of record by the Clerk's ECF/CM system.

| | |
|---|---|
| Daniel A. Edelman | court@ecl@edcombs.com |
| Cathleen M. Combs | ccombs@edcombs.com |
| Julie Clark | jclark@edcombs.com |
| James Latturner | jlatturner@edcombs.com |

      s/Bart T. Murphy
      Bart T. Murphy
      Ice Miller LLP
      2300 Cabot Dr., Ste. 455
      Lisle, IL 60532
      (630) 955-6392

C\828075.1