# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PODIATRY IN MOTION, INC., and JAMES L. ORRINGTON, II D.D.S, P.C., on behalf of themselves and the class members defined herein, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 16-cv-2653 |
| v. | ) ) ) | Honorable Judge Lee Magistrate Judge Cole |
| COVERMYMEDS, LLC, and JOHN DOES 1-10, | ) ) ) ) | |
| Defendant. | ) | |

## AMENDMENT NO. 1
## TO AMENDED SETTLEMENT AGREEMENT DATED JULY 11, 2016

Plaintiffs Podiatry In Motion, Inc. and James L. Orrington II, D.D.S., P.C. having been appointed by the Court as Class Representatives of the Settlement Class in this action, on behalf of themselves and the Settlement Class in this action; and Defendant CoverMyMeds, LLC; subject to approval by the Court, hereby agree this 22nd day of July, 2016, to amend the Amended Settlement Agreement dated July 11, 2016 (the "Amended Settlement Agreement") in this action as follows:

1.  Paragraph III (7) on page 5 of the Amended Settlement Agreement is struck and removed in its entirety and in its place the following text is substituted: *"Settlement Class Members shall have at least 50 days to submit a claim form, opt out, or object to the proposed settlement after notice is initially sent by facsimile."*

2.  The third complete sentence in Paragraph III (19) on page 16 of the Amended Settlement Agreement is struck and removed in its entirety and in its place the following sentence is inserted and substituted: *"Pursuant to the Class Action Fairness Act, the Final*

*Approval Order shall not be entered until the expiration of at least 90 days from the date the appropriate Federal official and appropriate State officials are served with the notice required under 28 U.S.C. §1715(b)."*

3. This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute the same instrument. Signatures provided by facsimile or e-mail shall be deemed legal and binding for all purposes.

AGREED THIS 22ND DAY OF JULY 2016

**PLAINTIFFS**
(On behalf of themselves and the Settlement Class)

*Podiatry In Motion, Inc.*

By: _____
Michelle Heiring, DPM, President

**SETTLEMENT CLASS COUNSEL**

_____
Daniel A. Edelman
Julie Clark
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
*Counsel for Plaintiffs and the Settlement Class*

*James L. Orrington II, D.D.S., P.C.*

By: /s/ James L. Orrington II
James L. Orrington II, DDS, President

**DEFENDANT**
*CoverMyMeds, LLC*

By: _____
Matt Scantland, CEO

2

*Approval Order shall not be entered until the expiration of at least 90 days from the date the appropriate Federal official and appropriate State officials are served with the notice required under 28 U.S.C. §1715(b)."*

3. This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute the same instrument. Signatures provided by facsimile or e-mail shall be deemed legal and binding for all purposes.

**AGREED THIS 22ND DAY OF JULY 2016**

**PLAINTIFFS**
(On behalf of themselves and the Settlement Class)

*Podiatry In Motion, Inc.*

By: _____
Michelle Heiring, DPM, President

*James L. Orrington II, D.D.S., P.C.*

By: _____
James L. Orrington II, DDS, President

**SETTLEMENT CLASS COUNSEL**

_____
Daniel A. Edelman
Julie Clark
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
*Counsel for Plaintiffs and the Settlement Class*

**DEFENDANT**
*CoverMyMeds, LLC*

By: _____
Matt Scantland, CEO

2

*Approval Order shall not be entered until the expiration of at least 90 days from the date the appropriate Federal official and appropriate State officials are served with the notice required under 28 U.S.C. §1715(b)."*

3. This Amendment may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute the same instrument. Signatures provided by facsimile or e-mail shall be deemed legal and binding for all purposes.

## AGREED THIS 22ND DAY OF JULY 2016

**PLAINTIFFS**
(On behalf of themselves and the Settlement Class)

*Podiatry In Motion, Inc.*

By: _____
   Michelle Heiring, DPM, President

*James L. Orrington II, D.D.S., P.C.*

By: _____
   James L. Orrington II, DDS, President

**SETTLEMENT CLASS COUNSEL**

_____
Daniel A. Edelman
Julie Clark
EDELMAN, COMBS, LATTURNER
   & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
*Counsel for Plaintiffs and the Settlement Class*

**DEFENDANT**
*CoverMyMeds, LLC*

By: _/s/ Matt Scantland_____
   Matt Scantland, CEO

2