| MemberID | Name | Fax | Notes |
|---|---|---|---|
| 11234694 | Richli Group LLC d/b/a Addiction Recovery & Restoration | XXXXXX0923 | |
| 10679368 | Traverse Health Clinic | XXXXXX0501 | |
| 10726515 | Woodridge Nursing Pavilion Ltd | XXXXXX7937 | |
| 11201635 | Windmill Nursing Pavilion Ltd | XXXXXX2766 | submitted with 10726515 |
| 11052988 | Willow Crest Nursing Pavilion | XXXXXX6487 | submitted with 10726515 |
| 11106587 | Sterling Pavilion, Ltd | XXXXXX3254 | submitted with 10726515 |
| 10751782 | Park Ridge Care Center, Ltd. | XXXXXX5596 | submitted with 10726515 |
| 11268192 | Ottawa Pavilion, Ltd. | XXXXXX2376 | submitted with 10726515 |
| 11270645 | Waterfront Terrace Nursing Pavilion/Waterfront Terrace, Inc. | XXXXXX9048 | submitted with 10726515 |
| 10771807 | Bridgeview Health Care Center, Ltd. | XXXXXX7934 | submitted with 10726515 |
| 10797554 | Yakima Heart Center | XXXXXX4319 | |
| 10883732 | Yakima Heart Center | XXXXXX2890 | |
| 11122536 | Yakima Heart Center | XXXXXX3556 | |
| 10808956 | Asthma and Allergy Clinic | XXXXXX3605 | |
| 10816194 | Advanced Dermatology Specialties | XXXXXX7789 | |
| 10823504 | Joseph Beck M.D., Ltd | XXXXXX9485 | |
| 10837137 | The Family Clinic | XXXXXX3382 | |
| 10949862 | Sunseri, Maria J | XXXXXX7842 | |
| 10957644 | Viriditas Naturopathic Medicine | XXXXXX3625 | |
| 10970946 | Ali Carine Do | XXXXXX1589 | |
| 11006575 | Dr Valerie C Pollock DDS PA | XXXXXX2057 | |
| 11055044 | Planned Parenthood | XXXXXX3644 | |
| 11064409 | Vadim Baram, MD/Vadim Baram, Inc. | XXXXXX9978 | |
| 11074642 | Chattanooga Allergy Clinic | XXXXXX9552 | |
| 11102887 | Michelle Dees MD/MD Medical, LLC | XXXXXX1409 | |
| 11151620 | Rouen Rafeyan MD Ltd | XXXXXX2703 | |
| 11160136 | Blue Ridge Pediatrics | XXXXXX9516 | |
| 11199101 | Nashville Pharmacy | XXXXXX8599 | |
| 11199264 | Southern Illinois Rheumatology | XXXXXX0190 | |
| 11201762 | Advanced Psychiatric Services, S.C. | XXXXXX4992 | |
| 11224390 | Bountiful Family Health Care | XXXXXX4434 | |
| 11064504 | Riverview Health | XXXXXX9590 | |
| | Riverview Health | XXXXXX9461 | submitted with 11064504 |
| | Riverview Health | XXXXXX4681 | submitted with 11064504 |
| | Riverview Health | XXXXXX9217 | submitted with 11064504 |
| | Riverview Health | XXXXXX9383 | submitted with 11064504 |
| | Riverview Health | XXXXXX9393 | submitted with 11064504 |
| | Riverview Health | XXXXXX7814 | submitted with 11064504 |
| | Riverview Health | XXXXXX1762 | submitted with 11064504 |
| | Riverview Health | XXXXXX6693 | submitted with 11064504 |
| 10667996 | Viktoriya Aleksandrovich | XXXXXX7071 | |
| 10675222 | JSY Englewood Foot & Ankle Ctr | XXXXXX0703 | |
| 10675247 | Ephatha Mental Health | XXXXXX8002 | |
| 10691894 | Allergy, Asthma and Immunology Center | XXXXXX5656 | |
| 10697322 | Khair Family Practice | XXXXXX2317 | |
| 10698235 | Pro Health and Rehab | XXXXXX9101 | |
| 10701928 | Columbia Family Clinic | XXXXXX2748 | |
| 10712076 | Complete Medical Care | XXXXXX6077 | |
| 10725194 | Grateful Dental of Geneva | XXXXXX5045 | |
| 10727699 | Alabama Dept of Rehab Svcs | XXXXXX1890 | |
| 10738983 | M.E. Thurmond-Anderle MD. PA | XXXXXX6740 | |
| 10739222 | Presence Medical Group | XXXXXX4082 | |

| MemberID | Name | Fax | Notes |
|---|---|---|---|
| 10740947 | Mountain Physicians | XXXXXX3964 | |
| 10762624 | James Radecki DDS | XXXXXX5457 | |
| 10765927 | IU Health Ball Memorial Hosp | XXXXXX2957 | |
| 10771858 | Divine Dental Center | XXXXXX7299 | |
| 10776756 | Gretchen W. Carlson, M.D. | XXXXXX2315 | |
| 10782531 | Quality Life Group | XXXXXX7260 | |
| 10790337 | Wing Eyecare | XXXXXX4397 | |
| 10804561 | Growing Up Pediatrics | XXXXXX6494 | |
| 10826933 | The Family Clinic | XXXXXX4656 | |
| 10828101 | Innerspace Counseling LLC | XXXXXX1146 | |
| 10833390 | Anne Arundel Rheumatology | XXXXXX4892 | |
| 10851781 | Jack's Discount Drugs | XXXXXX5178 | |
| 10852174 | Teem Family Clinic | XXXXXX8338 | |
| 10866510 | Peace Medical Group | XXXXXX0840 | |
| 10882949 | Massachusetts Ave Surgery Ctr | XXXXXX0820 | |
| 10893510 | Thera-Care | XXXXXX0894 | |
| 10894559 | Thomas Family Pharmacy | XXXXXX4825 | |
| 10895097 | Revive Physical Therapy & Wellness | XXXXXX6520 | |
| 10904010 | Raliegh Hills Vision Clinic | XXXXXX7240 | |
| 10909618 | El Reno Indian Health Ctr | XXXXXX8435 | |
| 10909900 | Seattle Eye Care | XXXXXX1732 | |
| 10917613 | Karl H Holling, MD | XXXXXX2340 | |
| 10930873 | Arkansas Heart Hospital LLC | XXXXXX7402 | |
| 10938813 | Sovereign Pharmacy Solutions | XXXXXX8789 | |
| 10938857 | Tommy Swiney, D.O. | XXXXXX3546 | |
| 10943281 | Thrivent Financial | XXXXXX4795 | |
| 10944859 | Made WHOLE Family Clinic | XXXXXX4276 | |
| 10945877 | Anderson Area Cancer Center | XXXXXX4933 | |
| 10963171 | WNC Community Health Service | XXXXXX9831 | |
| 10972930 | Thomas, Raymond M | XXXXXX2524 | |
| 10973470 | Advanced Medical and Rehabilitation LTD | XXXXXX8064 | |
| 10981733 | Columbia Family Clinic | XXXXXX9359 | |
| 10986513 | Montgomery Vision Care | XXXXXX3936 | |
| 10991903 | Northwood Health Center | XXXXXX3308 | |
| 11008864 | Annette C. Lacasse, D.O., P.C. | XXXXXX5519 | |
| 11019224 | Methodist Health & Rehab | XXXXXX1619 | |
| 11025913 | Allergy & Asthma Consultants of Montana | XXXXXX1112 | |
| 11031587 | Anna Hristova MD | XXXXXX8773 | |
| 11039205 | Mid-Florida Pediatrics | XXXXXX0681 | |
| 11039566 | Contemplative Medicine | XXXXXX1668 | |
| 11050645 | King Dermatology | XXXXXX5465 | |
| 11065120 | Family Practice Associates | XXXXXX1948 | |
| 11073654 | EntraCell Pharmacy | XXXXXX6079 | |
| 11073729 | Claudia Silva/Ross Medical Care | XXXXXX2073 | |
| 11080812 | MERCI Clinic | XXXXXX9889 | |
| 11096237 | Huntsville Cardio Clinic PC | XXXXXX4681 | |
| 11097688 | Paragon Opthamology | XXXXXX5375 | |
| 11099532 | Bindu Patel | XXXXXX9306 | |
| 11116877 | Diane Fagelman Birk MD | XXXXXX4754 | |
| 11170432 | Radha Geismann MD PC | XXXXXX9174 | |
| 11176926 | Advanced Infectious Diseases | XXXXXX2479 | |
| 11196083 | Total Pain Solutions PC | XXXXXX9733 | |

| MemberID | Name | Fax | Notes |
|---|---|---|---|
| 11205580 | JY Family & Urgent Care | XXXXXX7137 | |
| 11224390 | Bountiful Family Health Care | XXXXXX4434 | |
| 11233472 | Williamstown Construction Co Inc | XXXXXX8096 | |
| 11236216 | Orthopaedic Associates of Reading | XXXXXX6387 | |
| 11247234 | Gulfcoast Eyecare | XXXXXX0488 | |
| 11260595 | Tulsa Pediatric Group | XXXXXX4755 | |
| 11265184 | Familty Institute PC | XXXXXX1158 | |
| 11266505 | Juan Savelli DMD MSD PA | XXXXXX4545 | |
| 10889220 | Lihue Pharmacy | XXXXXX9199 | |
| | Kapaa Pharmacy | XXXXXX3663 | |
| | Lihue Professional Pharmacy | XXXXXX3866 | |
| 11249670 | Jacksonville Allergy, Asthma, and Sinus | XXXXXX5800 | |
| | Jacksonville Children's & Multispecialty Clinic | XXXXXX1536 | |
| | Jacksonville Children's Clinic | XXXXXX1150 | |
| | Jacksonville Children's and Family Care | XXXXXX0600 | |
| | Jacksonville Urgent Care | XXXXXX5305 | |
| | Family Care Clinic | XXXXXX7498 | |
| | Jacksonville Childrens & Multispecialty Clinc, P.A. | XXXXXX3629 | |
| | Jacksonville Children's Clinic | XXXXXX1351 | |
| | Cape Carteret Pediatrics and Family Practice | XXXXXX0019 | |
| | Swansboro Children and Family Care Clinic | XXXXXX0582 | |
| | Sneads Ferry Pediatric & Family Care | XXXXXX5436 | |
| | Richlands Children's & Family Care | XXXXXX7273 | |
| 10943578 | Confluence Health | XXXXXX6428 | |
| | Confluence Health | XXXXXX5820 | |
| | Confluence Health | XXXXXX6100 | |
| | Confluence Health | XXXXXX6154 | |
| | Confluence Health | XXXXXX3550 | |
| | Confluence Health | XXXXXX7177 | |
| | Confluence Health | XXXXXX6039 | |
| | Confluence Health | XXXXXX6052 | |
| | Confluence Health | XXXXXX3660 | |
| | Confluence Health | XXXXXX7599 | |
| | Confluence Health | XXXXXX2678 | |
| | Confluence Health | XXXXXX7178 | |
| | Confluence Health | XXXXXX6409 | |
| | Confluence Health | XXXXXX6434 | |
| | Confluence Health | XXXXXX7916 | |
| | Confluence Health | XXXXXX6053 | |
| | Confluence Health | XXXXXX3330 | |
| | Confluence Health | XXXXXX5816 | |
| | Confluence Health | XXXXXX5832 | |
| | Confluence Health | XXXXXX5836 | |
| | Confluence Health | XXXXXX5897 | |
| | Confluence Health | XXXXXX6065 | |
| | Confluence Health | XXXXXX6158 | |
| | Confluence Health | XXXXXX6161 | |
| | Confluence Health | XXXXXX6167 | |
| | Confluence Health | XXXXXX7380 | |
| | Confluence Health | XXXXXX9031 | |
| | Confluence Health | XXXXXX6477 | |
| | Confluence Health | XXXXXX6478 | |

| MemberID | Name | Fax | Notes |
|---|---|---|---|
| | Confluence Health | XXXXXX2167 | |
| | Confluence Health | XXXXXX7914 | |
| | Confluence Health | XXXXXX1189 | |
| | Confluence Health | XXXXXX4861 | |
| | Confluence Health | XXXXXX6739 | |
| | Confluence Health | XXXXXX7179 | |
| | Confluence Health | XXXXXX2308 | |
| | Confluence Health | XXXXXX2317 | |
| | Confluence Health | XXXXXX5890 | |
| | Confluence Health | XXXXXX6128 | |
| | Confluence Health | XXXXXX6146 | |
| | Confluence Health | XXXXXX3310 | |
| | Confluence Health | XXXXXX3315 | |
| | Confluence Health | XXXXXX7343 | |
| | Confluence Health | XXXXXX7345 | |
| | Confluence Health | XXXXXX6421 | |
| | Confluence Health | XXXXXX6480 | |
| | Confluence Health | XXXXXX3417 | |
| | Confluence Health | XXXXXX3431 | |
| | Confluence Health | XXXXXX7173 | |
| | Confluence Health | XXXXXX2315 | |
| | Confluence Health | XXXXXX3606 | |
| | Confluence Health | XXXXXX5874 | |
| | Confluence Health | XXXXXX5892 | |
| | Confluence Health | XXXXXX9384 | |
| | Confluence Health | XXXXXX3651 | |
| | Confluence Health | XXXXXX7376 | |
| | Confluence Health | XXXXXX7425 | |
| | Confluence Health | XXXXXX7501 | |
| | Confluence Health | XXXXXX6422 | |
| | Confluence Health | XXXXXX6435 | |
| | Confluence Health | XXXXXX8193 | |
| | Confluence Health | XXXXXX8756 | |
| | Confluence Health | XXXXXX3438 | |
| | Confluence Health | XXXXXX4809 | |
| | Confluence Health | XXXXXX5812 | |
| | Confluence Health | XXXXXX3682 | |
| | Confluence Health | XXXXXX7384 | |
| | Confluence Health | XXXXXX7443 | |
| | Confluence Health | XXXXXX8123 | |
| | Confluence Health | XXXXXX6419 | |
| | Confluence Health | XXXXXX6424 | |
| | Confluence Health | XXXXXX6430 | |
| | Confluence Health | XXXXXX6437 | |
| | Confluence Health | XXXXXX7913 | |
| | Confluence Health | XXXXXX3374 | |
| | Confluence Health | XXXXXX5891 | |
| | Confluence Health | XXXXXX6038 | |
| | Confluence Health | XXXXXX3308 | |
| | Confluence Health | XXXXXX1785 | |
| | Confluence Health | XXXXXX6420 | |
| | Confluence Health | XXXXXX4301 | |